UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                                    CASE NO. 1:21MJ-00135-HBB

SCOTT NATHANIEL ALLISON                                                                    DEFENDANT

NOTICE OF TERMINATION AS COUNSEL

Comes the United States of America and gives notice to the Court that Assistant United States Attorney A. Spencer McKiness shall be terminated as counsel in the above-styled action. Assistant United States Attorney A. Spencer McKiness shall be removed from PACER as counsel for the United States, and the Clerk is hereby requested to terminate any further electronic notices to said counsel regarding this action.

        Respectfully submitted,

        MICHAEL A. BENNETT
        United States Attorney

        /s/ A. Spencer McKiness
        A Spencer McKiness
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        Phone: (502) 582-6006
        FAX:  (502) 582-5067
        Email: spencer.mckiness@usdoj.gov